1  Jeffrey W. Dulberg (CA Bar No. 181200)
   Scotta E. McFarland (CA Bar No. 165391)
2  Teddy M. Kapur (CA Bar No. 242486)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   E-mail:    jdulberg@pszjlaw.com
6             smcfarland@pszjlaw.com
7             tkapur@pszjlaw.com

8  Attorneys for Z Gallerie,
   Debtor and Debtor in Possession
9

FILED & ENTERED

JUN 05 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

10             UNITED STATES BANKRUPTCY COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                 LOS ANGELES DIVISION

13  In re:                          Case No.:  2:09-bk-18400-VZ

14  Z GALLERIE,[1]                  Chapter 11

15                 Debtor.          **ORDER GRANTING APPLICATION OF
                                    DEBTOR AND DEBTOR IN POSSESSION
16                                  TO EMPLOY SALMON, LEWIS &
                                    WELDON, PLC AS SPECIAL REAL
17                                  ESTATE COUNSEL EFFECTIVE AS OF
                                    THE PETITION DATE**
18
19                                  [NO HEARING REQUIRED UNLESS
20                                  REQUESTED PER L.B.R. 2014-1(b)]

21          The Court has considered the application (the "Application") of Z Gallerie, a California

22  corporation, debtor and debtor in possession herein (the "Debtor"), to employ Salmon, Lewis &

23  Weldon, PLC (the "Firm") as special real estate counsel, *nunc pro tunc* to April 10, 2009 (the

24  "Petition Date"), and the Declaration of Elizabeth M. Behnke in support thereof.  Based upon the

25  record before the Court, it appears that the Firm does not hold or represent an interest adverse to the

26  Debtor's estate with respect to the matter for which it will be employed, that its employment is in the

27

28  ---
   [1] The Debtor is a California corporation, Fed. Tax I.D. No. 95-3733816.  The Debtor's address is 1855 West 139th Street,
   Gardena, California 90249.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-002\DOCS_LA:202439.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

best interest of the estate, and that no hearing on the Application is required pursuant to the Local

Bankruptcy Rules.  Accordingly, it is hereby

     **ORDERED** that the Debtor is authorized to employ the law firm of Salmon, Lewis &

Weldon, PLC as special real estate counsel, effective as of the Petition Date, pursuant to section

327(e) of title 11 of the United States Code, on the terms and conditions set forth in the Application

and the accompanying Declaration of Elizabeth M. Behnke.

<div align="center">###</div>

DATED: June 5, 2009

_____
United States Bankruptcy Judge

| In re:<br>Z Gallerie, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-18400-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

The foregoing document described *[PROPOSED] ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SALMON, LEWIS & WELDON, PLC AS SPECIAL REAL ESTATE COUNSEL EFFECTIVE AS OF THE PETITION DATE* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 18, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 22, 2009 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | CHAPTER 11 |
|---|---|
| Z Gallerie,<br><br>                                           Debtor(s). | CASE NUMBER:  2:09-bk-18400-VZ |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SALMON, LEWIS & WELDON, PLC AS SPECIAL REAL ESTATE COUNSEL EFFECTIVE AS OF THE PETITION DATE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 22, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐  Service information continued on attached page

| In re:<br><br>Z Gallerie,<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-18400-VZ |
| --- | --- |

**2:09-bk-18400-VZ Notice will be electronically mailed to:**

Jamie P Dreher on behalf of Creditor Atlantic Towncenter LLC
jdreher@downeybrand.com

Jeffrey W Dulberg on behalf of Debtor Z Gallerie
jdulberg@pszjlaw.com

Brian D Huben on behalf of Creditor The Forbes Company
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Ian Landsberg on behalf of Creditor Committee Official Committee of Unsecured Creditors
ilandsberg@mcguirewoods.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Scotta E McFarland on behalf of Debtor Z Gallerie
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Marlene M Moffitt on behalf of Creditor Federal Realty Investment Trust
mmoffitt@allenmatkins.com

Robin E Phelan on behalf of Creditor Heitman Capital Management LLC
robin.phelan@haynesboone.com

Adam M Starr on behalf of Creditor Knox Street Village Holdings
starra@gtlaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Rebecca J Winthrop on behalf of Creditor UBS Realty Investors, LLC and 220 Greenwood Court Investors LLC
winthropr@ballardspahr.com