| In re: Z Gallerie | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-18400 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067

The foregoing document described as **DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION FOR Z GALLERIE (DATED JULY 1, 2009)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **July 2, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 2, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Vincent Zurzolo
United States Bankruptcy Court
255 East Temple Street
Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2009 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Type Name | Signature |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- John P Dillman   houston_bankruptcy@publicans.com
- Jamie P Dreher   jdreher@downeybrand.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Brian D Huben   brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Ian Landsberg   ilandsberg@mcguirewoods.com
- Dare Law   dare.law@usdoj.gov
- Scotta E McFarland   smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Marlene M Moffitt   mmoffitt@allenmatkins.com
- Robin E Phelan   robin.phelan@haynesboone.com
- Joseph F Postnikoff   jpostnikoff@gpalaw.com
- Michelle E Shriro   mshriro@singerlevick.com
- Adam M Starr   starra@gtlaw.com
- Ronald M Tucker   rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Madeleine C Wanslee   mwanslee@gustlaw.com, rstein@gustlaw.com
- Elizabeth Weller   dallas.bankruptcy@publicans.com
- Eric R Wilson   ewilson@kelleydrye.com, kdwbankruptcydepartment@kelleydrye.com
- Rebecca J Winthrop   winthropr@ballardspahr.com

**2002 Service List**

**Debtor**
Z Gallerie
Mike Zeiden
1855 W. 139th Street
Gardena, CA 90249

Office of the United States Trustee
Attention: Dare Law
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90012

**Secured Lender**
City National Bank
c/o William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5443

Abe J. Shear, Partner
Amall Golden Gregory, LLP
171 17th Street Suite 2100
Atlanta, GA 30363

**Committee Member:**
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

Portfolio Productions, Inc. dba Sitcom
Rose Solberg, Controller
850 42nd Avenue
Oakland, CA 94601

**Committee Member:**
Oakbrook Shopping Center, LLC
Julia Minnick Bowslen, National Bk. Manager
110 North Wacker Drive
Chicago, IL 60606

**Committee Member:**
World Wide Fabric, Inc.
Hershel Saeidy, President
360 N. La Cienega
Los Angeles, CA 90048

**Request for Special Notice**
Paul Skram
General Manager, Retail Properties
Opus Northwest Management L.L.C.
Woodbury Lakes Shopping Center
9020 Hudson Road, Suite 401
Woodbury, MN 55125

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucson, AZ 85701

**Attorneys for Landlord Creditors The Macerich Company, Westfield, LLC and The Forbes Company**
Thomas J. Leanse/Brian D. Huben
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Marlene M. Moffitt
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-001\DOCS_LA:204511.1

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucson, AZ 85701

**Attys for The Irvine Company**
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

**Attys for Heitman Capital Management, LLC**
Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Blvd., Suite 700
Dallas, TX 75219

**Attys for Heitman Capital Management, LLC**
Richard K. Martin
Haynes and Boone, LLP
2505 N. Plano Road, Suite 400
Richardson, TX 75082

Daniel J. Braver, Exec. V.P., U.S. Portfolio Mgt.
Heitman Capital Management, LLC
13738 Pine Needles Dr.
Del Mar, CA 92014

**Attorneys for Creditors UBS Realty Investors LLC and 220 Greenwood Court Investors LLC**
Rebecca J. Winthrop
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

**Attorneys for Creditors UBS Realty Investors LLC a nd 220 Greenwood Court Investors LLC**
DAVID L. POLLACK (PA NO. 114149)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

**Attys for Dallas County**
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**Attys for Dept. of Missouri Revenue**
Richard M. Masales, Esq., Special Asst. Atty. Gen.
Missouri Dept. of Revenue, General Counsel's Office
301 W. High Street, Room 670, POB 475
Jefferson City, MO 65105-0475

Woodbury Lakes, Retail, L.L.C.
c/o Cornerstone Real Estate Advisers LLC
Attn: Thomas G. Fleming CPM
300 South Wacker Drive, Suite 3550
Chicago, IL 60606

**Counsel to Creditors Committee**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, California 91436

Eric Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, N.Y. 10178-0002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-001\DOCS_LA:204511.1

**Attys for Knox Street Village Holdings, Inc.**
Adam M. Starr, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

**Attys for Knox Street Village Holdings, Inc.**
William L. Medford, Esq.
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

**Attys for 119th Street Development, Inc.**
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001

**Attorneys for Atlantic Towncenter LLC**
c/o Jamie P. Dreher, Esq.
Downey Brand LLP
621 Capitol mall, 18th Floor
Sacramento, CA 95814

**Attorneys for Atlantic Towncenter LLC**
Victor W. Newmark, Esq.
Wiles and Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060

Miami-Dade County Tax Collector
c/o Miami Dade County Paralegal Unit
Alberto Burnstein, Paralegal Collection Specialist
Miami Dade Bk. Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

**Maricopa County Treasurer**
Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327

**Attorneys for Landlord Creditors Hennansoll Family Tmst and Larimer Square Associates Ltd.**
F. Brittin Clayton III
Isaacson Rosenbaum P.E.
633 17th Street, Suite 2200
Denver, Colorado 80202

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, CA 95603

**Taxing Authorities (Required Notice List For Chapter 11)**
Internal Revenue Service
Special Procedures Branch
300 North Los Angeles St., Room 4062
Los Angeles, CA 90012-9903

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036
Att: Bankruptcy

Employment Development Dept.
Tax Collection
Section MIC92E P.O. Box 826203
Sacramento, CA 94230-6203

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-001\DOCS_LA:204511.1

1  Franchise Tax Board CA
   Special Procedures Section
   9750 Business Park Dr. #220
2  Sacramento, CA 95827

3  John Ashcroft
   US Dept. of Justice
   10th & Constitution Ave NW Rm 4400
4  Washington DC 205330

5  State Board of Equalization
   Attn. Special Procedures Section
   P.O. Box 942879, 450 N. St.
6  Sacramento, CA 95814

   Franchise Tax Board Post Office Box 2952 Sacramento,
7  CA 95812

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-001\DOCS_LA:204511.1