Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    jdulberg@pszjlaw.com
            smcfarland@pszjlaw.com
            tkapur@pszjlaw.com

Attorneys for Z Gallerie,
Debtor and Debtor in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-18400-VZ |
| **Z GALLERIE**[1] | Chapter 11 |
| Debtor. | **DEBTOR'S CHAPTER 11 STATUS REPORT** |
| | Status Conference: <br> Date: July 16, 2009 <br> Time: 9:30 a.m. <br> Place: Courtroom 1368 <br> Edward R. Roybal Federal Building <br> 255 East Temple Street <br> Los Angeles, California 90012 <br> Judge: Honorable Vincent P. Zurzolo |

**TO THE HONORABLE VINCENT P. ZURZOLO, THE PREPETITION SECURED**

**LENDER, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE**

**OF THE UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL**

**NOTICE:**

Debtor and Debtor in Possession, Z Gallerie (the "Debtor"), hereby files its chapter 11 status

report (the "Status Report") in accordance with the *Court's Order (1) Requiring Debtor-in-*

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 95-3733816. The Debtor's address is 1855 West 139th Street, Gardena, California 90249.

*Possession to File Report on Status of Reorganization Case; (2) Setting Hearing on Status of Reorganization Case; and (3) Establishing Procedure for Requesting Approval of Disclosure Statement and Confirmation of Plan* entered June 11, 2009 (the "Court's Order").  Responses to the specific subjects set forth in the Court's Order are set forth below:

## STATUS DISCUSSION

**A.**    Explain why a disclosure statement has not been filed and served and provide an estimate as to when it will be filed and served

On July 2, 2009, the Debtor filed and served its Disclosure Statement and Chapter 11 Plan of Reorganization for Z Gallerie (Dated July 1, 2009) (Docket No. 189) (the "Plan").  On July 1, 2009, the Debtor served notice of the filing of the Plan on all known creditors.

**B.**    State when a deadline for the filing of claims and a deadline for filing and serving objections to claims and if these deadlines should be set

On May 20, 2009, the Court entered its *Order Granting Motion (A) Establishing the Procedures and Deadlines for Filing (i) Proofs of Claim and Interests and (ii) Requests for Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9); (B) Approving Form and Manner of Notice of Bar Dates; (C) Granting Related Relief* (the "Bar Date Order") (Docket No. 131).  The Bar Date Order established July 31, 2009 (the "General Bar Date") as the deadline for filing all claims arising prior to April 10, 2009 (the "Petition Date"), including all claims under section 503(b)(9) of the Bankruptcy Code, except as provided for or specifically excepted in the Bar Date Order.

The Debtor proposes that the deadline to file and serve objections to claims be approximately one month following confirmation of a plan of reorganization.

**C.**    Disclose whether Debtor has performed all of its duties under 11 U.S.C. §§521, 1106 and 1107 and if not, why

The Debtor has performed all of its duties under 11 U.S.C. §§521 and 1107.  With respect to 11 U.S.C. §1106, the Debtor has performed all of its duties that can be fulfilled at this time.  For instance, the Debtor has not yet examined all of the proofs of claims or objected to the allowance of any claims pursuant to 11 U.S.C. §§ 1106(a)(1) and 704(a)(5) because the General Bar Date has not yet passed.  Similarly, the Debtor has not prepared any final reports or filed a final account of the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    administration of the estate pursuant to 11 U.S.C. §§ 1106(a)(1), 1106(a)(7) and 704(a)(9) because

2    the Court has not yet confirmed a plan of reorganization.

3    **D.** Describe concisely the post-petition operations of the Debtor, litigation in which the Debtor
        is involved and the status of the Debtor's efforts to reorganize

4

5    As of the Petition Date, the Debtor was operating 57 retail stores located in 18 states with the

6    largest concentration of its stores located in the western and southeastern United States. Since the

7    Petition Date, the Debtor has ceased operations in two additional retail stores, leaving 55 stores (54

8    locations and 1 outlet) currently operating. The Debtor also operates an e-commerce site at

9    www.zgallerie.com, allowing customers to shop 24 hours a day.

10   The Debtor experienced uninterrupted sales growth through 2006 when sales peaked at $236

11   million out of 74 nationwide locations. However, sales decreased in 2007 and 2008 and have

12   continued to decline in 2009. January 2009 sales decreased to $12.3 million as compared to $15.3

13   million for the same period a year earlier, which was a decrease of 19.4% and 23.7% when

14   compared to the previous year's performance in both total sales and comparable store sales,

15   respectively. As a result, Debtor management took several corrective steps to resize the business to

16   fit the current market environment. These steps included:

17   • Performing an extensive analysis of all store locations, resulting in the closing of 23 locations

18     and rejection of three additional locations under development. These actions reduced

19     outstanding lease liabilities by $40.5 million. In addition, these stores were projected to

20     deliver EBITDA losses in excess of $1.3 million on an annualized basis.

21   • Actively renegotiated lease terms for the remaining 54 retail locations. These efforts were

22     achieved through internal and external resources, reducing annual projected rent expenses at

23     store level from $18.9 million to $11.7 million.

24   • Refocused sourcing, merchandising and pricing efforts to restore gross margin to historical

25     levels, in excess of 50%, resulting in projected EBITDA improvements of $1.2 million on an

26     annualized basis.

27   • Reduced corporate overhead and expenses through increased efficiency and rationalization of

28     staff. These efforts resulted $5.4 million in annualized cost savings and are expected to

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   increase as additional efficiencies are identified as a result of the Debtor's reduced retail

2   footprint.

3   During this chapter 11 case (the "Case), as a result of the elimination of the burdensome store

4   and warehouse locations, the Debtor has streamlined its retail operations.  The Debtor and its

5   professionals also have negotiated various key amendments to leases for retail store locations that

6   reduce the financial burdens on the Debtor.  The Debtor has obtained financing to support the

7   Reorganized Debtor's obligations under the Plan and its post-effective date operations.  Based upon

8   these measures in combination with the restructuring of its indebtedness as provided in the Plan, the

9   Debtor believes that the Reorganized Debtor will be able to successfully continue operating the

10   remaining retail store locations and to perform under the Plan.

11   The Debtor has not yet completed an analysis of potential causes of action that may be

12   asserted by the estate.  The Plan contemplates that the Reorganized Debtor will conduct such

13   analysis after the plan effective date and pursue causes of action it deems appropriate.

14   **E.**   Disclose whether Debtor has hired any professionals and, if so, whether the professional's
     employment has been approved by the Court.  If such employment has not been approved,
15   then explain why; and provide a budget of estimated fees and expenses to be incurred by the
16   professionals employed at the expense of the estate.

17   1.   *Retention of Debtor's Professionals*

18   Prior to the commencement of the Case, the Debtor retained Pachulski Stang Ziehl & Jones

19   LLP as bankruptcy counsel and Broadway Advisors, LLC as their financial advisors.  The

20   Bankruptcy Court approved the retention of those professionals effective as of the Petition Date,

21   pursuant to orders entered on May 1, 2009 (Docket Nos. 81 and 83, respectively).

22   The Debtor also has retained (i) The Abernathy McGregor Group, Inc. as its corporate

23   communications consultant, approved by Order of the Bankruptcy Court entered May 1, 2009

24   (Docket No. 82); (ii) The Sage Group LLC, and Sage Partners Securities, LLC as investment

25   bankers, approved by Order of the Bankruptcy Court entered May 4, 2009 (Docket No. 91); (iii)

26   Retail Consulting Services, Inc. d/b/a RCS Real Estate Advisors as real estate advisor, approved by

27   Order of the Bankruptcy Court entered May 4, 2009 (Docket No. 92); (iv) Salmon, Lewis &

28   Weldon, PLC as special real estate counsel, approved by Order of the Bankruptcy Court entered

1  June 5, 2009 (Docket No. 158); and (v) Omni Management Group, LLC as claims and noticing

2  agent, approved by Order to the Bankruptcy Court entered April 14, 2009 (Docket No. 38).

3       2.    *Appointment of Committee and Retention of Committee Professionals*

4       On May 4, 2009, the United States Trustee formed the Official Committee of Unsecured

5  Creditors (the "Committee") to represent the interest of the general unsecured creditors of the Estate,

6  and appointed four (4) members thereto:  (i) Simon Property Group, Inc., (ii) Oakbrook Shopping

7  Center, LLC, (iii) World Wide Fabric, Inc., and (iv) Portfolio Productions, Inc. dba Sitcom.  The

8  Committee has employed (i) Kelley Drye & Warren LLP as its bankruptcy counsel, approved by the

9  Bankruptcy Court by Order entered June 23, 2009; (ii) Landsberg Margulies LLP as its local

10  California and conflicts counsel, approved by the Bankruptcy Court by Order entered June 22, 2009;

11  (iii) and Scouler & Company LLC, as its financial advisors (order pending).

12       3.    *Budget for Professionals*

13       Any budget for professionals is speculative and subject to events beyond the control of the

14  professionals.  Nonetheless, the professionals employed at the expense of the Debtor's estate (the

15  "Professionals") have estimated their fees and expenses for this Case through September 2009

16  because the Debtor anticipates that a plan of reorganization will be confirmed at that time.  Attached

17  hereto as **Exhibit A** is a budget of estimated fees and expenses to be incurred by the Professionals

18  from July through September 2009.  With respect to the employment of The Abernathy MacGregor

19  Group, Inc. ("Abernathy"), Abernathy estimates its total fees and expenses for the remainder of the

20  Case will be approximately $30,000 and has agreed to notify the Committee in the event its fees

21  exceed $15,000 per month.  Abernathy does not expect to exceed that amount.  The Status Report is

22  being filed with the expectation that Professionals whose estimates are not included in Exhibit A will

23  supplement the Status Report with their projections.

24  Dated:    July 6, 2009          PACHULSKI STANG ZIEHL & JONES LLP

25

26             By    */s/ Jeffrey W. Dulberg*
               Jeffrey W. Dulberg

27                 Scotta E. McFarland
               Teddy M. Kapur

28                 Attorneys for Debtor and Debtor in
               Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

**EXHIBIT A**
**Professional Compensation and Reimbursement Budget**
**for July through September 2009**

| | |
|---|---|
| **Case Number**: | 2:09-18400-VZ |
| **Case Name**: | Z Gallerie |
| **Date Commenced**: | April 10, 2009 |

| |
|---|
| **Applicant Name:**     Jeffrey W. Dulberg |
| **Applicant Firm**:     Pachulski Stang Ziehl & Jones LLP |
| **Location**:     Los Angeles, California |
| **Types of Services to be Rendered**: General Bankruptcy Counsel to the Debtor.  Plan and Disclosure Statement; Case Administration; Executory Contracts; Operations; Fee Application; Other. |
| **Expenses & Costs**:  Pachulski Stang Ziehl & Jones estimates that its expenses and costs will be approximately $500 per month during July, August and September. |

| Case Number: 2:09-18400-VZ |
| --- |
| Case Name:     Z Gallerie |

**Category:     Plan and Disclosure Statement**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 70 hrs. | $38,500.00 |
| Scotta E. McFarland, Counsel | $550 @ 70 hrs. | $38,500.00 |
| Teddy M. Kapur, Associate | $425 @ 70 hrs. | $29,750.00 |
| Beth D. Dassa, Paralegal | $225 @ 20 hrs. | $4,500.00 |
| Felice S. Harrison, Paralegal | $225 @ 40 hrs. | $9,000.00 |

**Total Fees for Category**: $120,250.00

**Category:     Case Administration**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 20 hrs. | $11,000.00 |
| Scotta E. McFarland, Counsel | $550 @ 10 hrs. | $5,500.00 |
| Teddy M. Kapur, Associate | $425 @ 15 hrs. | $6,375.00 |
| Beth D. Dassa, Paralegal | $225 @ 15 hrs. | $3,375.00 |
| Felice S. Harrison, Paralegal | $225 @ 15 hrs. | $3,375.00 |

**Total Fees for Category**: $29,625.00

**Category:     Executory Contracts**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 40 hrs. | $22,000.00 |
| Scotta E. McFarland, Counsel | $550 @ 30 hrs. | $16,500.00 |
| Teddy M. Kapur, Associate | $425 @ 20 hrs. | $8,500.00 |
| Beth D. Dassa, Paralegal | $225 @ 30 hrs. | $6,750.00 |
| Felice S. Harrison, Paralegal | $225 @ 25 hrs. | $5,625.00 |

**Total Fees for Category**: $59,375.00

| **Case Number**: 2:09-18400-VZ |
| **Case Name**:    Z Gallerie |

**Category:    Operations**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 15 hrs. | $8,250.00 |
| Scotta E. McFarland, Counsel | $550 @ 12 hrs. | $6,600.00 |
| Teddy M. Kapur, Associate | $425 @ 10 hrs. | $4,250.00 |
| Beth D. Dassa, Paralegal | $225 @ 25 hrs. | $5,625.00 |
| Felice S. Harrison, Paralegal | $225 @ 25 hrs. | $5,625.00 |

**Total Fees for Category**: $30,350.00

**Category:    Fee Applications**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 15 hrs. | $8,250.00 |
| Scotta E. McFarland, Counsel | $550 @ 10 hrs. | $5,500.00 |
| Teddy M. Kapur, Associate | $425 @ 20 hrs. | $8,500.00 |
| Beth D. Dassa, Paralegal | $225 @ 25 hrs. | $5,625.00 |
| Felice S. Harrison, Paralegal | $225 @ 15 hrs. | $3,375.00 |

**Total Fees for Category**: $31,250.00

**Category:    Other**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Jeffrey W. Dulberg, Partner | $550 @ 15 hrs. | $8,250.00 |
| Scotta E. McFarland, Counsel | $550 @ 15 hrs. | $8,250.00 |
| Teddy M. Kapur, Associate | $425 @ 15 hrs. | $6,375.00 |
| Beth D. Dassa, Paralegal | $225 @ 15 hrs. | $3,375.00 |
| Felice S. Harrison, Paralegal | $225 @ 15 hrs. | $3,375.00 |

**Total Fees for Category**: $29,625.00

**Case Number**: 2:09-18400-VZ

**Case Name**:      Z Gallerie

---

**Applicant Name:**      Tom Paccioretti

**Applicant Firm**:      Broadway Advisors, LLC

**Location**:      Newport Beach, California

**Types of Services to be Rendered**: Financial Advisor to the Debtor.  Accounting/Auditing; Asset Analysis and Recovery; Asset Disposition; Business Analysis; Business Operations; Case Administration; Claims Administration and Objections; Corporate Finance; Data Analysis; Fee/Employment Applications; Financing; Meeting of Creditors; Plan and Disclosure Statement.

**Expenses & Costs**:  Broadway Advisors estimates that its expenses and costs will be approximately $400 per month during July, August and September.

**Case Number**: 2:09-18400-VZ

**Case Name**:    Z Gallerie

**Category:**    **Accounting/Auditing**

**Total Fees for Category**:  Broadway Advisors does not expect to incur any fees with respect to this Category during July, August and September.

**Category:**    **Asset Analysis & Recovery**

**Total Fees for Category**:  Broadway Advisors does not expect to incur any fees with respect to this Category during July, August and September.

**Category:**    **Asset Disposition**

**Total Fees for Category**:  Broadway Advisors does not expect to incur any fees with respect to this Category during July, August and September.

**Category:**    **Business Analysis**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Tom Paccioretti, Principal | $395 @ 30 hrs. | $11,850.00 |
| Ben Cary, Consultant | $350 @ 225 hrs. | $78,750.00 |
| C. Caffrey, Consultant | $280 @ 45 hrs. | $12,600.00 |

**Total Fees for Category**:  $103,200.00

**Category:**    **Business Operations**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Tom Paccioretti, Principal | $395 @ 75 hrs. | $29,625.00 |
| Ben Cary, Consultant | $350 @ 170 hrs. | $59,500.00 |

**Total Fees for Category**:  $89,125.00

| **Case Number**: 2:09-18400-VZ |
| :--- |
| **Case Name**:    Z Gallerie |

**Category:**        **Case Administration**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| :--- | :--- | :--- |
| Tom Paccioretti, Principal | $395 @ 12 hrs. | $4,740.00 |
| Ben Cary, Consultant | $350 @ 10 hrs. | $3,500.00 |

**Total Fees for Category**: $8,240.00

**Category:**        **Claims Administration and Objections**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| :--- | :--- | :--- |
| Ben Cary, Consultant | $350 @ 10 hrs. | $3,500.00 |

**Total Fees for Category**: $3,500.00

**Category: Corporate Finance**

**Total Fees for Category**:  Broadway Advisors does not expect to incur any fees with respect to this Category during July, August and September.

**Category:**        **Data Analysis**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| :--- | :--- | :--- |
| C. Caffrey, Consultant | $280 @ 38 hrs. | $10,640.00 |

**Total Fees for Category**: $10,640.00

| Case Number: 2:09-18400-VZ |
| --- |
| Case Name:    Z Gallerie |

**Category:**        **Fee/Employment Applications**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Tom Paccioretti, Principal | $395 @ 12 hrs. | $4,740.00 |
| Al Masse, Principal | $395 @ 4 hrs. | $1,580.00 |
| L. Lujan, Consultant | $195 @ 23 hrs. | $4,485.00 |

**Total Fees for Category**: $10,805.00

**Category:**        **Financing**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Tom Paccioretti, Principal | $395 @ 70 hrs. | $27,650.00 |
| Al Masse, Principal | $395 @ 15 hrs. | $5,925.00 |
| Ben Cary, Consultant | $350 @  115 hrs. | $40,250.00 |
| C. Caffrey, Consultant | $280 @  10 hrs. | $2,800.00 |

**Total Fees for Category**: $76,625.00

**Category:**        **Meeting of Creditors**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Tom Paccioretti, Principal | $395 @ 10 hrs. | $3,950.00 |

**Total Fees for Category**: $3,950.00

| Case Number: 2:09-18400-VZ |
| --- |
| Case Name:      Z Gallerie |

**Category:       Plan and Disclosure Statement**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
| --- | --- | --- |
| Tom Paccioretti, Principal | $395 @ 16 hrs75. | $6,320.00 |
| Al Masse, Principal | $395 @ 10 hrs. | $3,950.00 |
| Ben Cary, Consultant | $350 @ 40 hrs. | $14,000.00 |
| C. Caffrey, Consultant | $280 @ 10 hrs. | $2,800.00 |
| L. Lujan, Consultant | $195 @ 10 hrs. | $1,950.00 |

**Total Fees for Category**: $29,020.00

**Case Number**: 2:09-18400-VZ

**Case Name**:      Z Gallerie

---

**Applicant Name:**      Elizabeth M. Behnke

**Applicant Firm**:      Salmon, Lewis & Weldon, P.L.C.

**Location**:      Phoenix, Arizona

**Types of Services to be Rendered**:  Special Real Estate Counsel to the Debtor.

**Case Number**: 2:09-18400-VZ

**Case Name**:     Z Gallerie

**Category:**     **Real Estate/Store Leases**

PROFESSIONALS

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Elizabeth M. Behnke, Partner | $270 @ 250 hrs. | $67,500.00 |
| Rebecca Goldberg, Associate | $170 @ 25 hrs. | $4,250.00 |

CERTIFIED LEGAL ASSISTANT

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Joan C. Coombs, Paralegal | $95 @ 150 hrs. | $14,250.00 |

**Expenses & Costs**: $1,500.00

**Total for Category**: $87,500.00

| In re:<br>Z Gallerie,<br><br>                          Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-18400-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

The foregoing document described ***DEBTOR'S CHAPTER 11 STATUS REPORT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 6, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 6, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By Hand Delivery
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br>Z Gallerie,<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-18400-VZ |

**2:09-bk-18400-VZ Notice will be electronically mailed to:**

John P Dillman on behalf of Creditor Fort Bend County
houston_bankruptcy@publicans.com

Jamie P Dreher on behalf of Creditor Atlantic Towncenter LLC
jdreher@downeybrand.com

Jeffrey W Dulberg on behalf of Debtor Z Gallerie
jdulberg@pszjlaw.com

Brian D Huben on behalf of Creditor The Forbes Company
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Ian Landsberg on behalf of Creditor Committee Official Committee of Unsecured Creditors
ilandsberg@lm-lawyers.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Scotta E McFarland on behalf of Debtor Z Gallerie
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Marlene M Moffitt on behalf of Creditor Federal Realty Investment Trust
mmoffitt@allenmatkins.com

Christine M Pajak on behalf of Other Professional Retail Consulting Services Inc
cpajak@stutman.com

Robin E Phelan on behalf of Creditor Heitman Capital Management LLC
robin.phelan@haynesboone.com

Joseph F Postnikoff on behalf of Creditor Kimco Market Street, LLC
jpostnikoff@gpalaw.com

Michelle E Shriro on behalf of Creditor 119th Street Development and 168th & Dodge LP
mshriro@singerlevick.com

Adam M Starr on behalf of Creditor Knox Street Village Holdings
starra@gtlaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br>Z Gallerie, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER:  2:09-bk-18400-VZ |

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Eric R Wilson on behalf of Creditor Committee Official Committee of Unsecured Creditors
ewilson@kelleydrye.com, kdwbankruptcydepartment@kelleydrye.com

Rebecca J Winthrop on behalf of Creditor UBS Realty Investors, LLC and 220 Greenwood Court Investors LLC
winthropr@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

**In re Z Gallerie**
**2002 Service List**
**Chapter 11 Case No. 2:09-18400-VZ**

<u>Debtor</u>
Z Gallerie
Mike Zeiden
1855 W. 139th Street
Gardena, CA  90249
Fax:  310-527-2955
Email:  mzeiden@zgallerie.com

<u>Secured Lender</u>
City National Bank
c/o William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5443
Fax:  (213) 629-1033
Email:  Bill.Freeman@pillsburylaw.com

**Committee Member:**
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204
Tel: (317) 263-2346; Fax:  (317) 263-7901
Email:  rtucker@simon.com

**Committee Member:**
Oakbrook Shopping Center, LLC
Julia Minnick Bowslen, National Bk. Manager
110 North Wacker Drive
Chicago, IL  60606
Tel: (312) 960-2707; Fax:  (312) 442-6374
Email:  Julie.minnick@ggp.com

**Request for Special Notice**
Paul Skram
General Manager, Retail Properties
Opus Northwest Management L.L.C.
Woodbury Lakes Shopping Center
9020 Hudson Road, Suite 401
Woodbury, MN  55125
Tel:  952-656-4737/Fax 952-238-6737
Email:  paul.skram@opusnw.com

<u>Attorneys for Landlord Creditors The Macerich Company, Westfield,
LLC and The Forbes Company</u>
Thomas J. Leanse/Brian D. Huben
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Fax: 310.788.4471
Email:  brian.huben@kattenlaw.com

Office of the United States Trustee
Attention:  Dare Law
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90012
Fax:  213-894-2603

Abe J. Shear, Partner
Amall Golden Gregory, LLP
171 17th Street Suite 2100
Atlanta, GA 30363
404-873-8752    FAX 404-873-8753

**Committee Member:**
Portfolio Productions, Inc. dba Sitcom
Rose Solberg, Controller
850 42nd Avenue
Oakland, CA  94601
Tel: (510) 746-2911 (Direct); Tel: (510) 434-1600 (Main)
Email: rsolberg@sitcomfurniture.net

**Committee Member:**
World Wide Fabric, Inc.
Hershel Saeidy, President
360 N. La Cienega
Los Angeles, CA  90048
Tel: (323) 263-1111; Fax: (323) 263-1117
Email: Hershel@worldwidefabricinc.com

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucson, AZ  85701
Tel:  (520) 740-8813
Email:  pcaocvbk@pcao.pima.gov

Marlene M. Moffitt
Allen Matkins Leck Gamble Mallory & Natsls LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel:  (415) 837-1515 / Fax  (415) 837-1516
Email:  mmoffitt@allenmatkins.com

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 960-2940 / Fax (312) 442-6374
Email: ggpbk@ggp.com

Attys for The Irvine Company
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
Tel: (562) 698-9771 / Fax: (562) 696-6357
Email: ernie.park@bewleylaw.com

Attys for Heitman Capital Management, LLC
Richard K. Martin
Haynes and Boone, LLP
2505 N. Plano Road, Suite 400
Richardson, TX 75082
Tel: (972) 739-8634 /Fax: (972) 692-9114
Email: rick.martin@haynesboone.com

Attorneys for Creditors UBS Realty Investors LLC a nd 220
Greenwood Court Investors LLC
Rebecca J.Winthrop
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel: (424) 204-4330 / Fax: (424) 204-4350
Email: winthropr@ballardspahr.com

Attys for Dallas County
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Tel: 214-880-0089/Fax: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

Woodbury Lakes, Retail, L.L.C.
c/o Cornerstone Real Estate Advisers LLC
Attn: Thomas G. Fleming CPM
300 South Wacker Drive, Suite 3550
Chicago, IL 60606

Eric Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, N.Y. 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucsson, AZ 85701
Tel: (520) 740-8813
Email: pcaocvbk@pcao.pima.gov

Attys for Heitman Capital Management, LLC
Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Blvd., Suite 700
Dallas, TX 75219
Tel: (214) 651-5000 / Fax: (214) 651-5940
Email: robin.phelan@haynesboone.com

Daniel J. Braver, Exec. V.P., U.S. Portfolio Mgt.
Heitman Capital Management, LLC
13738 Pine Needles Dr.
Del Mar, CA 92014
Tel: (858) 259-1680 / Fax: (858) 259-2245
Email: Daniel.Braver@heitman.com

Attorneys for Creditors UBS Realty Investors LLC a nd 220
Greenwood Court Investors LLC
DAVID L. POLLACK (PA NO. 114149)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8325 / Fax: (215) 864-8999
Email: pollack@ballardspahr.com

Attys for Dept. of Missouri Revenue
Richard M. Masales, Esq., Special Asst. Atty. Gen.
Missouri Dept. of Revenue, General Counsel's Office
301 W. High Street, Room 670, POB 475
Jefferson City, MO 65105-0475
Tel: 573-751-5531/Fax: 573-751-7232
Email: cdca@dor.mo.gov

**Counsel to Creditors Committee**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attys for Knox Street Village Holdings, Inc.
Adam M. Starr, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attys for Knox Street Village Holdings, Inc.
William L. Medford, Esq.
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX  75201
Telephone:  (214) 665-3600
Facsimile:  (214) 665-3601

Attorneys for Atlantic Towncenter LLC
c/o Jamie P. Dreher, Esq.
Downey Brand LLP
621 Capitol mall, 18th Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 442-2100
Email: jdreher@downeybrand.com and
sheaton@downybrand.com

Miami-Dade County Tax Collector
c/o Miami Dade County Paralegal Unit
Alberto Burnstein, Paralegal Collection Specialist
Miami Dade Bk. Unit
140 West Flagler Street, Suite 1403
Miami, FL  33130-1575
Telephone:  (305) 375-4679
Facsimile:  (304) 375-1142
Email:  alberto@miamidate.gov; MDTCBKC@miamidade.gov

Attorneys for Landlord Creditors Hennansoll Family Tmst
and Larimer Square Associates Ltd.
F. Brittin Clayton III
Isaacson Rosenbaum P.e.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-5656
Facsimile: (303) 292-3152
E-mail: bclayton@i.r-1aw.com

Attys for 119th Street Development, Inc.
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX  75001
Telephone:  (972) 380-5533
Facsimile:  (972) 380-5748
Email:  mshriro@singerlevick.com

Attorneys for Atlantic Towncenter LLC
Victor W. Newmark, Esq.
Wiles and Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060
Telephone: (770) 426-4619
Facsimile: (770) 426-4846
Email: vnewmark@evict.net

**Maricopa County Treasurer**
Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Email: mwanslee@gustlaw.com

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, CA  95603
Tel: (530) 889-4129
Fax:  (530) 889-4123

## 20 Largest Unsecured Creditors

Abe J. Shear, Partner
Amall Golden Gregory, LLP
171 17th Street Suite 2100
Atlanta, GA 30363
404-873-8752    FAX 404-873-8753

GDH INVESTMENTS, LLC
c/o GK Development, Inc.
303 E. Main St. Suite  201
Barrington, IL  60010
847-277-9930  FAX 847-277-9940
Accounts Payable

ESCALATE RETAIL
P.O. Box 200240
Pittsburgh, PA  15251
800-854-2263  FAX 858-457-2145
Accounts Payable

SCOTTSDALE FASHION SQUARE LLC
Scottsdale Fashion Square Partnership
7014-590 East Camelback Road
Scottsdale, AZ 85251
602-423-1455  FAX 602-423-1455
Tamara Ortega

OAKBROOK SHOPPING CENTER, LLC.
Oakbrook Shopping Center, LLC
c/o General Growth Properties, Inc.
10275 Little Patuxent Parkway
Columbia, MD 21044
630-573-0700  FAX 630-573-0710
Mary Growth

SOMERSET COLLECTION LIMITED PT
Somerset Collection Limited Partnership
100 Galleria Officentre, #427
PO Box 667
Southfield, MI 48037
248-827-4600  FAX 248-649-7186
Accounts Payable

FORBES TAUBMAN ORLANDO, L.L.C.
100 galleria Officentre, #427
PO Box 667
Southfield, MI 48037
407-363-3555  FAX 407-363-6877
Accounts Payable

340 UNIVERSITY AVENUE ASSOCIATES
PO Box 204
Palo Alto, CA  94302
650-323-5295  FAX 650-323-5295
Elizabeth Wong

HART GALLERIA NORTH, LLC
c/o Heitman Capital Management LLC
191 Wacker Drive, #2500
Chicago, IL  60606
469-232-3451  FAX 469-232-3498
Scott Weaver

TYSON'S CORNER HOLDINGS LLC
c/o Wilmorite Property Mgmt, LLC
265 Scottsville Road
Rochester, NY  14624
866-811-1095 ext 2622  FAX 703-847-3089
Leonard Treherne

TAMPA WESTSHORE ASSOCIATES LP
Tampa Westshore Associates Limited Partnership
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303
248-258-7518  FAX 248-258-7683
Renay Moyles

TIC RETAIL PROPERTIES - FASHION ISLAND
The Irvine Company
c/o Madison Marquette Retail Services
401 Newport Center Dr., #A-150
Newport Beach, CA 92660
949-720-2554  FAX 949-720-2672
Russell H. Lowe

FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC
c/o Federal Realty Investment Trust
1626 East Jefferson Street
Rockville, MD 20852-4041
301-998-8232  FAX 301-998-3700
Mary Wise

KIERLAND GREENWAY LLC
PHXAZ Limited Partnership
c/o Woodbine Southwest Corporation
2398 E. Camelback Road, #300
Phoenix, AZ 85016
602-953-6328  FAX 480-348-1497
Tamara Ortega

WOODFIELD MALL LLC
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI 48303
248-258-6800  FAX 248-258-7683
Mary Stoll

MISSION VIEJO ASSOCIATES L.P.
225 W Washington Street
Indianapolis, IN  46204
317-263-2313 FAX 317-263-2339
Drew Deffner

DOWNTOWN PLAZA, LLC
101 Fourth Street
San Francisco, CA  94103
916-442-4000  FAX 916-442-3117
Susan Young

HIGHWOODS REALTY LIMITED PARTNERSHIP
3100 Smoketree Court, #600
Raleigh, NC 27604
816-561-3456  FAX 404-325-4173
Accounts Payable

LARIMER SQUARE NORTH, LLC
Hermanson Family Trust
Larimer Square Associates Ltd.
1430 Larimer Street, #200
Denver, CO 80202  FAX 303-623-1041
303-534-2367
Brandy Jackson

CLP-SPF ROOKWOOD COMMONS, LLC
c/o Jeffrey R. Anderson Real Estate, Inc.
3805 Edwards Road, #700
Cincinnati, OH 45209
513-241-5800  FAX 513-241-2637
Cheryl Sparks