1   Jeffrey W. Dulberg (CA Bar No. 181200)
    Scotta E. McFarland (CA Bar No. 165391)
2   Teddy M. Kapur (CA Bar No. 242486)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California  90067-4100
4   Telephone: 310/277-6910
    Facsimile:  310/201-0760
5   E-mail:     jdulberg@pszjlaw.com
                smcfarland@pszjlaw.com
6               tkapur@pszjlaw.com

7   Attorneys for Z Gallerie,
    Debtor and Debtor in Possession

8

9                   UNITED STATES BANKRUPTCY COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                      LOS ANGELES DIVISION

12  In re:                          Case No.: 2:09-18400-VZ

13  Z GALLERIE[1]                    Chapter 11

14                     Debtor.       SUPPLEMENT TO DEBTOR'S CHAPTER
                                     11 STATUS REPORT
15
                                     Status Conference:
16                                   Date:    July 16, 2009
                                     Time:    9:30 a.m.
17                                   Place:   Courtroom 1368
                                              Edward R. Roybal Federal Building
18                                            255 East Temple Street
                                              Los Angeles, California 90012
19                                   Judge:   Honorable Vincent P. Zurzolo

20  TO THE HONORABLE VINCENT P. ZURZOLO, THE PREPETITION SECURED

21  LENDER, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE

22  OF THE UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL

23  NOTICE:

24          Debtor and Debtor in Possession, Z Gallerie (the "Debtor"), hereby files this supplement (the

25  "Supplement") to the *Debtor's Chapter 11 Status Report* filed on July 6, 2009 [Docket No.209] (the

26  "Status Report") to include the Professional Compensation & Reimbursement Budgets (the

27  _____

28  [1] The Debtor is a California corporation, Fed. Tax I.D. No. 95-3733816.  The Debtor's address is 1855 West 139th Street,
    Gardena, California 90249.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    "Budgets") for the professionals ("Professionals") duly employed by the Official Committee of

2    Unsecured Creditors of Z Gallerie (the "Committee") as follows:

3         1.      Kelley Drye & Warren LLP, General Bankruptcy Counsel for the Committee.

4         2.      Landsberg Margulies LLP, Local California and Conflicts Counsel for the Committee.

5         3.      Scouler & Company, LLC, Financial Advisor to the Committee .

6         Attached hereto collectively as **Exhibit A** are the Budgets for the Committee's Professionals.

7

8    Dated:    July 7, 2009              PACHULSKI STANG ZIEHL & JONES LLP

9

10                                By      */s/ Jeffrey W. Dulberg*
                                          Jeffrey W. Dulberg
11                                        Scotta E. McFarland
                                          Teddy M. Kapur
12                                        Attorneys for Debtor and Debtor in
                                          Possession

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

98002-002\DOCS_LA:204638.1

# **EXHIBIT A**

## PROFESSIONAL COMPENSATION & REIMBURSEMENT BUDGET

### *for Chapter 11*

**Case Number:** 2:09-bk-18400-VZ

**Case Name:** *In re Z Gallerie*

**Date Commenced:** 04/10/2009

**Estimated Fees and Expenses for May-September 2009**

**Applicant Name: Eric R. Wilson**

**Applicant Firm:** Kelley Drye & Warren LLP
(If applicable)

**Location:** New York, NY

**Types of Services to be Rendered:** Bankruptcy counsel to the Official Committee of Unsecured Creditors of Z Gallerie rendering services in the following categories: Case Administration, Retention Issues, Fee Matters , Financing and Cash Collateral, Asset Disposition, Executory Contracts and Leases, Avoidance Actions, Claims, and Disclosure Statement and Plan of Reorganization

Case Number:  2:09-bk-18400-VZ
Case Name: *In re Z Gallerie*

**CATEGORY:** General Administration

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Carr, J.S./Partner | $625 (@ 10 hours) | $6,250 |
| Wilson, E.R./Partner | $565 (@ 50 hours) | $28,250 |
| LeHane, R.L./Special Counsel | $480 (@ 20 hours) | $9,600 |
| Elliott, K.S./Associate | $440 (@25 hours) | $11,000 |
| Farrah, J.E./Associate | $295 (@ 5 hours) | $1,475 |
| Raviele, J./Associate | $295 (@ 80 hours) | $23,600 |
| Wright, C.M./Associate | $355 (@ 5 hours) | $1,775 |
| Vicinanza, Marie/Paralegal | $215 (@ 50 hours) | $10,750 |
| Estimated Total | | $92,700 |

**TOTAL FOR CATEGORY:** $92,700

**CATEGORY:** Retention Matters

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Carr, J.S./Partner | $625 (@ 10 hours) | $6,250 |
| Wilson, E.R./Partner | $565 (@ 65 hours) | $36,725 |
| LeHane, R.L./Special Counsel | $480 (@30 hours) | $14,400 |
| Elliott, K.S./Associate | $440 (@ 80 hours) | $35,200 |
| Raviele, J./Associate | $295 (@ 70 hours) | $20,650 |
| Vicinanza, M./Paralegal | $215 (@ 10 hours) | $2,150 |
| Estimated Total | | $115,375 |

**TOTAL FOR CATEGORY:** $115,375

2

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**    Fee Matters

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Wilson, E.R./Partner | $565 (@ 25 hours) | $14,125 |
| Elliott, K.S./Associate | $440 (@ 25 hours) | $11,000 |
| Raviele, J./Associate | $295 (@ 75 hours) | $22,125 |
| Estimated Total | | $47,250 |

**TOTAL FOR CATEGORY:** $47,250

---

**CATEGORY:**    Financing and Cash Collateral

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Carr, J.S./Partner | $625 (@ 1 hour) | $625 |
| Wilson, E.R./Partner | $565 (@ 40 hours) | $22,600 |
| Feder, B.D./Special Counsel | $530 (@ 30 hours) | $15,900 |
| Elliott, K.S./Associate | $440 (@ 50 hours) | $22,000 |
| Raviele, J./Associate | $295 (@ 10 hours) | $2,950 |
| Estimated Total | | $64,075 |

**TOTAL FOR CATEGORY:** $64,075

3

NY01/RAVIJ/1362620.6

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**    Asset Disposition

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Wilson, E.R./Partner | $565 (@ 40 hours) | $22,600 |
| LeHane, R.L./Special Counsel | $480 (@ 30 hours) | $14,400 |
| Feder, B.D./Special Counsel | $530 (@ 30 hours) | $15,900 |
| Elliott, K.S./Associate | $440 (@ 50 hours) | $22,000 |
| Raviele, J./Associate | $295 (@ 10 hours) | $2,950 |
| Estimated Total | | $77,850 |

**TOTAL FOR CATEGORY: $77,850**

---

**CATEGORY:**    Executory Contracts and Leases

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Wilson, E.R./Partner | $565 (@ 10 hours) | $5,650 |
| LeHane, R.L./Special Counsel | $480 (@ 30 hours) | $14,400 |
| Elliott, K.S./Associate | $440 (@ 15 hours) | $6,600 |
| Raviele, J./Associate | $295 (@ 10 hours) | $2,950 |
| Estimated Total | | $29,600 |

**TOTAL FOR CATEGORY: $29,600**

4

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**    Avoidance Actions

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Wilson, E.R./Partner | $565 (@ 20 hours) | $11,300 |
| Elliott, K.S./Associate | $440 (@ 20 hours) | $8,800 |
| Raviele, J./Associate | $295 (@ 10 hours) | $2,950 |
| Total | | $23,050 |

**TOTAL FOR CATEGORY:**  $23,050

---

**CATEGORY:**    Claims

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Wilson, E.R./Partner | $565 (@ 20 hours) | $11,300 |
| LeHane, R.L./Special Counsel | $480 (@ 10 hours) | $4,800 |
| Elliott, K.S./Associate | $440 (@ 20 hours) | $8,800 |
| Raviele, J./Associate | $295 (@ 50 hours) | $14,750 |
| | | $39,650 |

**TOTAL FOR CATEGORY:**  $39,650

NY01/RAVIJ/1362620.6

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**   Disclosure Statement and Plan of Reorganization

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| **Carr, J.S./Partner** | **$625 (@ 5 hours)** | **$3,125** |
| **Wilson, E.R./Partner** | **$565 (@ 200 hours)** | **$113,000** |
| **LeHane, R.L./Special Counsel** | **$480 (@ 80 hours)** | **$35,200** |
| **Elliott, K.S./Associate** | **$440 (@ 100 hours)** | **$44,000** |
| **Raviele, J./Associate** | **$295 (@ 20 hours)** | **$5,900** |
| **Total** | | **$201,225** |

**TOTAL FOR CATEGORY:**  $201,225

---

**TOTAL ESTIMATED FEES:**  $690,775

**ESTIMATED EXPENSES:**  $75,000 (Estimated expenses and costs for all matters)

**TOTAL ESTIMATED FEES AND EXPENSES:**  $765,775

6

## PROFESSIONAL COMPENSATION & REIMBURSEMENT BUDGET

### *for Chapter 11*

---

**Case Number:** 2:09-bk-18400-VZ

**Case Name:**    *In re Z Gallerie*

**Date Commenced:  04/10/2009**

**Estimated Fees and Expenses for May-September 2009**

---

**Applicant Name:  Ian S. Landsberg**

**Applicant Firm:**    Landsberg Margulies LLP
  (If applicable)

**Location:**    Encino, CA

**Types of Services to be Rendered:**  Local California and conflicts counsel regarding services rendered for:  Case Administration, Retention Issues, Fee Matters, Financing and Cash Collateral, Asset Disposition, Executory Contracts and Leases, Avoidance Actions, Claims Administration and Objection, Plan and Disclosure Statement

2077.001

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:** General Administration

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 30 hours) | $13,500.00 |
| Lupu, Anthony/Associate | $325 (@ 5 hours) | $1,625.00 |
| Estimated Total | | $15,125.00 |

**TOTAL FOR CATEGORY:** $8,375

**CATEGORY:** Retention Matters

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 25 hours) | $11,250.00 |
| Lupu, Anthony/Associate | $325 (@ 10 hours) | $3,250.00 |
| Estimated Total | | $14,500.00 |

**TOTAL FOR CATEGORY:** $8,050

**CATEGORY:** Fee Matters

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 15 hours) | $6,750.00 |
| Lupu, Anthony/Associate | $325 (@ 20 hours) | $6,500.00 |
| Estimated Total | | $13,250.00 |

**TOTAL FOR CATEGORY:** $13,250

2077.001

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**    Financing and Cash Collateral

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 15 hours) | $6,750.00 |
| Lupu, Anthony/Associate | $325 (@ 5 hours) | $1,625.00 |
| Estimated Total | | $8,375.00 |

**TOTAL FOR CATEGORY:  $8,375**

**CATEGORY:**    Asset Disposition

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 15 hours) | $6,750.00 |
| Lupu, Anthony/Associate | $325 (@ 5 hours) | $1,625.00 |
| Estimated Total | | $8,375.00 |

**TOTAL FOR CATEGORY:  $8,375**

**CATEGORY:**    Executory Contracts and Leases

### PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Landsberg, Ian S. /Partner | $450 (@ 10 hours) | $4,500.00 |
| Lupu, Anthony/Associate | $325 (@ 5 hours) | $1,625.00 |
| Estimated Total | | $6,125.00 |

**TOTAL FOR CATEGORY:  $6,125.00**

2077.001

Case Number:  2:09-bk-18400-VZ
Case Name:  *In re Z Gallerie*

**CATEGORY:**   Avoidance Actions

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| **Landsberg, Ian S. /Partner** | **$450 (@ 15 hours)** | **$6,750.00** |
| **Lupu, Anthony/Associate** | **$325 (@ 5 hours)** | **$1,625.00** |
| **Total** | | **$8,375.00** |

**TOTAL FOR CATEGORY: $8,375.00**

---

**CATEGORY:**   Claims

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| **Landsberg, Ian S. /Partner** | **$450 (@ 20 hours)** | **$9,000.00** |
| **Lupu, Anthony/Associate** | **$325 (@ 30 hours)** | **$9,750.00** |
| **Total** | | **$18,750.00** |

**TOTAL FOR CATEGORY: $18,750**

**CATEGORY:**   Disclosure Statement and Plan of Reorganization

## PROFESSIONAL

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| **Landsberg, Ian S. /Partner** | **$450 (@ 50 hours)** | **$22,500.00** |
| **Lupu, Anthony/Associate** | **$325 (@ 25 hours)** | **$8,125.00** |
| **Total** | | **$30,625.00** |

**TOTAL FOR CATEGORY: $30,625**

---

**TOTAL ESTIMATED FEES: $123,500**

**ESTIMATED EXPENSES: $15,000.00 (Estimated expenses and costs for all matters)**

**TOTAL ESTIMATED FEES AND EXPENSES: $138,500**

4

2077.001

## Professional Compensation  & Reimbursement Budget

### *For Chapter 11*

**Case Number:**  2-bk-09-18400-VZ

**Case Name:** Z Gallerie

**Date Commenced:** April 10, 2009

**Applicant Name:** Gillian Scouler

**Applicant Firm:** Scouler & Company, LLC

**Location:** Los Angeles, CA

**Types of Services to be Rendered:**  Financial Advisors to the Official Committee of Unsecured Creditors; analyze Debtor's pre and post petition financial condition and performance; analyze the Debtor's business plans and cash flow projections; analyze proposed transactions the Debtor may submit for Court approval; analyze and assess the value of the Debtor's various leasehold interests; analyze the Debtor's pre- and post-petition transactions with insiders, related and/or affiliated companies, as instructed by the Committee; review financial aspects of any plan of reorganization; attend meetings with Committee members and prepare reports and analyses as Committee may request; assist Committee in any litigation proceeding or court hearings.

**Case Number:**  2-bk-09-18400-VZ

**Case Name:** Z Gallerie

**Date Commenced:** April 10, 2009

**CATEGORY:**   Financial Analysis of Plan and 363 options/Evaluating bankruptcy Alternatives/Reporting to UCC

| Name | Hourly Rate ($/hour) | Total ($) |
|------|----------------------|-----------|
| Dan Scouler | $345 (@ 49 hours) | $  16,905.00 |
| John Rudd | $345 (@ 372 hours) | $128,340.00 |
| Al Kirchhein | $345 (@ 117.6 hours) | $  40,572.00 |
| Bret Jacobs | $345 (@ 433.4 hours) | $149,523.00 |
| Gillian Scouler | $345 (@ 15 hours) | $    5,175.00 |
| Christine Hedge | $345 (@ 50.90 hours) | $  17,560.50 |

**Expenses & Costs:**   Travel to meetings with UCC/  UCC reports/ Site visits $17,500.

**Total for Category: $375,575.50**

Note:  **May fees (actual) :          $114,264.00**
       **June fees (actual) :        $110,986.50**

       **Total actual:               $225,250.50**

       **July estimated :            $  43,987.50**
       **August estimated :          $  44,850.00**
       **September estimated:        $  43,987.50**

       **Total estimated            $132,825.00**

| In re:<br>Z Gallerie, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-18400-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11ᵗʰ Floor, Los Angeles, CA  90067**

The foregoing document described ***SUPPLEMENT TO DEBTOR'S CHAPTER 11 STATUS REPORT DEBTOR'S CHAPTER 11 STATUS REPORT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 7, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **July 7, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge __will be__ completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 7, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge __will be__ completed no later than 24 hours after the document is filed.*

By Hand Delivery
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                 **F 9013-3.1**

| In re:<br>Z Gallerie, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER:  2:09-bk-18400-VZ |

**2:09-bk-18400-VZ Notice will be electronically mailed to:**

John P Dillman on behalf of Creditor Fort Bend County
houston_bankruptcy@publicans.com

Jamie P Dreher on behalf of Creditor Atlantic Towncenter LLC
jdreher@downeybrand.com

Jeffrey W Dulberg on behalf of Debtor Z Gallerie
jdulberg@pszjlaw.com

Brian D Huben on behalf of Creditor The Forbes Company
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

Ian Landsberg on behalf of Creditor Committee Official Committee of Unsecured Creditors
ilandsberg@lm-lawyers.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Scotta E McFarland on behalf of Debtor Z Gallerie
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

Marlene M Moffitt on behalf of Creditor Federal Realty Investment Trust
mmoffitt@allenmatkins.com

Christine M Pajak on behalf of Other Professional Retail Consulting Services Inc
cpajak@stutman.com

Robin E Phelan on behalf of Creditor Heitman Capital Management LLC
robin.phelan@haynesboone.com

Joseph F Postnikoff on behalf of Creditor Kimco Market Street, LLC
jpostnikoff@gpalaw.com

Michelle E Shriro on behalf of Creditor 119th Street Development and 168th & Dodge LP
mshriro@singerlevick.com

Adam M Starr on behalf of Creditor Knox Street Village Holdings
starra@gtlaw.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

| In re:<br>Z Gallerie,<br><br>                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-18400-VZ |
| --- | --- |

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Eric R Wilson on behalf of Creditor Committee Official Committee of Unsecured Creditors
ewilson@kelleydrye.com, kdwbankruptcydepartment@kelleydrye.com

Rebecca J Winthrop on behalf of Creditor UBS Realty Investors, LLC and 220 Greenwood Court Investors LLC
winthropr@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                              **F 9013-3.1**

**In re Z Gallerie**
**2002 Service List**
**Chapter 11 Case No. 2:09-18400-VZ**

<u>Debtor</u>
Z Gallerie
Mike Zeiden
1855 W. 139th Street
Gardena, CA  90249
Fax:  310-527-2955
Email:  mzeiden@zgallerie.com

<u>Secured Lender</u>
City National Bank
c/o William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5443
Fax:  (213) 629-1033
Email:  Bill.Freeman@pillsburylaw.com

**Committee Member:**
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204
Tel: (317) 263-2346; Fax:  (317) 263-7901
Email:  rtucker@simon.com

**Committee Member:**
Oakbrook Shopping Center, LLC
Julia Minnick Bowslen, National Bk. Manager
110 North Wacker Drive
Chicago, IL  60606
Tel: (312) 960-2707; Fax:  (312) 442-6374
Email:  Julie.minnick@ggp.com

**Request for Special Notice**
Paul Skram
General Manager, Retail Properties
Opus Northwest Management L.L.C.
Woodbury Lakes Shopping Center
9020 Hudson Road, Suite 401
Woodbury, MN  55125
Tel:  952-656-4737/Fax 952-238-6737
Email:  paul.skram@opusnw.com

<u>Attorneys for Landlord Creditors The Macerich Company, Westfield,
LLC and The Forbes Company</u>
Thomas J. Leanse/Brian D. Huben
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Fax: 310.788.4471
Email:  brian.huben@kattenlaw.com

Office of the United States Trustee
Attention:  Dare Law
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90012
Fax:  213-894-2603

Abe J. Shear, Partner
Amall Golden Gregory, LLP
171 17th Street Suite 2100
Atlanta, GA 30363
404-873-8752    FAX 404-873-8753

**Committee Member:**
Portfolio Productions, Inc. dba Sitcom
Rose Solberg, Controller
850 42nd Avenue
Oakland, CA  94601
Tel: (510) 746-2911 (Direct); Tel: (510) 434-1600 (Main)
Email: rsolberg@sitcomfurniture.net

**Committee Member:**
World Wide Fabric, Inc.
Hershel Saeidy, President
360 N. La Cienega
Los Angeles, CA  90048
Tel: (323) 263-1111; Fax:  (323) 263-1117
Email:  Hershel@worldwidefabricinc.com

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucson, AZ  85701
Tel:  (520) 740-8813
 Email:  pcaocvbk@pcao.pima.gov

Marlene M. Moffitt
Allen Matkins Leck Gamble Mallory & Natsls LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel:  (415) 837-1515 / Fax  (415) 837-1516
Email:  mmoffitt@allenmatkins.com

DOCS_LA:204627.1

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL  60606
Tel:  (312) 960-2940 / Fax  (312) 442-6374
Email:  ggpbk@ggp.com

Attys for The Irvine Company
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
Tel:  (562) 698-9771 / Fax: (562) 696-6357
Email:  ernie.park@bewleylaw.com

Attys for Heitman Capital Management, LLC
Richard K. Martin
Haynes and Boone, LLP
2505 N. Plano Road, Suite 400
Richardson, TX  75082
Tel:  (972) 739-8634 /Fax: (972) 692-9114
Email:  rick.martin@haynesboone.com

Attorneys for Creditors UBS Realty Investors LLC a nd 220
Greenwood Court Investors LLC
Rebecca J.Winthrop
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Tel: (424) 204-4330 / Fax (424) 204-4350
Email: winthropr@ballardspahr.com

Attys for Dallas County
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201
Tel:  214-880-0089/Fax:  (469) 221-5002
Email:  dallas.bankruptcy@publicans.com

Woodbury Lakes, Retail, L.L.C.
c/o Cornerstone Real Estate Advisers LLC
Attn:  Thomas G. Fleming CPM
300 South Wacker Drive, Suite 3550
Chicago, IL  60606

Eric Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, N.Y. 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Pima County Treasurer
Patti Davidson, Chief Deputy Treasurer
115 N. Church Avenue
Tucsson, AZ  85701
Tel:  (520) 740-8813
Email:  pcaocvbk@pcao.pima.gov

Attys for Heitman Capital Management, LLC
Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Blvd., Suite 700
Dallas, TX  75219
Tel:  (214) 651-5000 / Fax: (214) 651-5940
Email:  robin.phelan@haynesboone.com

Daniel J. Braver, Exec. V.P., U.S. Portfolio Mgt.
Heitman Capital Management, LLC
13738 Pine Needles Dr.
Del Mar, CA  92014
Tel:  (858) 259-1680 / Fax: (858) 259-2245
Email:  Daniel.Braver@heitman.com

Attorneys for Creditors UBS Realty Investors LLC a nd 220
Greenwood Court Investors LLC
DAVID L. POLLACK (PA NO. 114149)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8325 / Fax: (215) 864-8999
Email: pollack@ballardspahr.com

Attys for Dept. of Missouri Revenue
Richard M. Masales, Esq., Special Asst. Atty. Gen.
Missouri Dept. of Revenue, General Counsel's Office
301 W. High Street, Room 670, POB 475
Jefferson City, MO  65105-0475
Tel:  573-751-5531/Fax:  573-751-7232
Email:  cdca@dor.mo.gov

**Counsel to Creditors Committee**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attys for Knox Street Village Holdings, Inc.
Adam M. Starr, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attys for Knox Street Village Holdings, Inc.
William L. Medford, Esq.
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

Attorneys for Atlantic Towncenter LLC
c/o Jamie P. Dreher, Esq.
Downey Brand LLP
621 Capitol mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 442-2100
Email: jdreher@downeybrand.com and
sheaton@downybrand.com

Miami-Dade County Tax Collector
c/o Miami Dade County Paralegal Unit
Alberto Burnstein, Paralegal Collection Specialist
Miami Dade Bk. Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Telephone: (305) 375-4679
Facsimile: (304) 375-1142
Email: alberto@miamidate.gov; MDTCBKC@miamidade.gov

Attorneys for Landlord Creditors Hennansoll Family Tmst
and Larimer Square Associates Ltd.
F. Brittin Clayton III
Isaacson Rosenbaum P.e.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-5656
Facsimile: (303) 292-3152
E-mail: bclayton@i.r-1aw.com

Attys for 119th Street Development, Inc.
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
Email: mshriro@singerlevick.com

Attorneys for Atlantic Towncenter LLC
Victor W. Newmark, Esq.
Wiles and Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060
Telephone: (770) 426-4619
Facsimile: (770) 426-4846
Email: vnewmark@evict.net

**Maricopa County Treasurer**
Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Email: mwanslee@gustlaw.com

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry, Deputy Tax Collector
2976 Richardson Drive
Auburn, CA 95603
Tel: (530) 889-4129
Fax: (530) 889-4123

## 20 Largest Unsecured Creditors

Abe J. Shear, Partner
Amall Golden Gregory, LLP
171 17th Street Suite 2100
Atlanta, GA 30363
404-873-8752    FAX 404-873-8753

GDH INVESTMENTS, LLC
c/o GK Development, Inc.
303 E. Main St. Suite 201
Barrington, IL 60010
847-277-9930  FAX 847-277-9940
Accounts Payable

ESCALATE RETAIL
P.O. Box 200240
Pittsburgh, PA  15251
800-854-2263  FAX 858-457-2145
Accounts Payable

SCOTTSDALE FASHION SQUARE LLC
Scottsdale Fashion Square Partnership
7014-590 East Camelback Road
Scottsdale, AZ 85251
602-423-1455  FAX 602-423-1455
Tamara Ortega

OAKBROOK SHOPPING CENTER, LLC.
Oakbrook Shopping Center, LLC
c/o General Growth Properties, Inc.
10275 Little Patuxent Parkway
Columbia, MD 21044
630-573-0700  FAX 630-573-0710
Mary Growth

SOMERSET COLLECTION LIMITED PT
Somerset Collection Limited Partnership
100 Galleria Officentre, #427
PO Box 667
Southfield, MI 48037
248-827-4600  FAX 248-649-7186
Accounts Payable

FORBES TAUBMAN ORLANDO, L.L.C.
100 galleria Officentre, #427
PO Box 667
Southfield, MI 48037
407-363-3555  FAX 407-363-6877
Accounts Payable

340 UNIVERSITY AVENUE ASSOCIATES
PO Box 204
Palo Alto, CA  94302
650-323-5295  FAX 650-323-5295
Elizabeth Wong

HART GALLERIA NORTH, LLC
c/o Heitman Capital Management LLC
191 Wacker Drive, #2500
Chicago, IL  60606
469-232-3451  FAX 469-232-3498
Scott Weaver

TYSON'S CORNER HOLDINGS LLC
c/o Wilmorite Property Mgmt, LLC
265 Scottsville Road
Rochester, NY  14624
866-811-1095 ext 2622  FAX 703-847-3089
Leonard Treherne

TAMPA WESTSHORE ASSOCIATES LP
Tampa Westshore Associates Limited Partnership
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303
248-258-7518  FAX 248-258-7683
Renay Moyles

TIC RETAIL PROPERTIES - FASHION ISLAND
The Irvine Company
c/o Madison Marquette Retail Services
401 Newport Center Dr., #A-150
Newport Beach, CA 92660
949-720-2554  FAX 949-720-2672
Russell H. Lowe

FRIT SAN JOSE TOWN & COUNTRY VILLAGE LLC
c/o Federal Realty Investment Trust
1626 East Jefferson Street
Rockville, MD 20852-4041
301-998-8232  FAX 301-998-3700
Mary Wise

KIERLAND GREENWAY LLC
PHXAZ Limited Partnership
c/o Woodbine Southwest Corporation
2398 E. Camelback Road, #300
Phoenix, AZ 85016
602-953-6328  FAX 480-348-1497
Tamara Ortega

WOODFIELD MALL LLC
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI 48303
248-258-6800  FAX 248-258-7683
Mary Stoll

MISSION VIEJO ASSOCIATES L.P.
225 W Washington Street
Indianapolis, IN  46204
317-263-2313 FAX 317-263-2339
Drew Deffner

DOWNTOWN PLAZA, LLC
101 Fourth Street
San Francisco, CA  94103
916-442-4000  FAX 916-442-3117
Susan Young

LARIMER SQUARE NORTH, LLC
Hermanson Family Trust
Larimer Square Associates Ltd.
1430 Larimer Street, #200
Denver, CO 80202  FAX 303-623-1041
303-534-2367
Brandy Jackson

HIGHWOODS REALTY LIMITED PARTNERSHIP
3100 Smoketree Court, #600
Raleigh, NC 27604
816-561-3456  FAX 404-325-4173
Accounts Payable

CLP-SPF ROOKWOOD COMMONS, LLC
c/o Jeffrey R. Anderson Real Estate, Inc.
3805 Edwards Road, #700
Cincinnati, OH 45209
513-241-5800  FAX 513-241-2637
Cheryl Sparks

DOCS_LA:204627.1