Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:     jdulberg@pszjlaw.com
            smcfarland@pszjlaw.com
            tkapur@pszjlaw.com

Attorneys for Z Gallerie,
Debtor and Debtor in Possession

FILED & ENTERED

AUG 06 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

Z GALLERIE,[1]

               Debtor

Case No.: 2:09-18400-VZ

Chapter 11

**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY STONEFIELD JOSEPHSON, INC. AS ACCOUNTANT, EFFECTIVE AS OF JULY 1, 2009**

[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(B)]

      The Court has considered the application (the "Application") of Z Gallerie, a California corporation, debtor and debtor in possession herein (the "Debtor"), to employ Stonefield Josephson, Inc. ("Stonefield") as its accountant, effective as of July 1, 2009, the Declaration of Ronald S. Friedman in support thereof and the Limited Response of the Official Committee of Unsecured Creditors to the Application.  Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Application.  Based upon the record before the Court, it appears that Stonefield does not hold or represent an interest adverse to the Debtor's estate, that Stonefield is a

---

[1] The Debtor is a California corporation.  The Debtor's address is 1855 West 139th Street, Gardena, California 90249.

98002-002\DOCS_LA:205791.2

disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby

**ORDERED,** that the Debtor is authorized to employ Stonefield as accountant herein, effective as of July 1, 2009 on the terms and conditions set forth in the Application <u>except</u> that Stonefield shall not be entitled to nor receive a post petition retainer.

DATED: August 6, 2009

_____
United States Bankruptcy Judge

| In re: | | CHAPTER 11 |
|---|---|---|
| Z Gallerie, | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-18400-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER APPROVING APPL,ICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY STONEFIELD JOSEPHSON, INC. AS ACCOUNTANT, EFFECTIVE JULY 1, 2009** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 4. 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 4. 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2009 | Jennifer L. Palmer | /s/ Jennifer L. Palmer |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re:<br>Z Gallerie,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-18400-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPL,ICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY STONEFIELD JOSEPHSON, INC. AS ACCOUNTANT, EFFECTIVE JULY 1, 2009** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 4. 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| | |
|---|---|
| Debtor<br>Z Gallerie<br>Mike Zieden<br>1855 W. 139th Street<br>Gardena, CA 90249 | |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- John P Dillman    houston_bankruptcy@publicans.com
- Jamie P Dreher    jdreher@downeybrand.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- G Larry Engel    lengel@mofo.com
- Robert D Ginter    dginter@downeybrand.com, sheaton@downeybrand.com
- Matthew A Gold    courts@argopartners.net
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Gregory K Jones    gjones@stutman.com
- Yale K Kim    ykim@allenmatkins.com
- Ian Landsberg    ilandsberg@lm-lawyers.com
- Dare Law    dare.law@usdoj.gov
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Marlene M Moffitt    mmoffitt@allenmatkins.com
- Christine M Pajak    cpajak@stutman.com
- Robin E Phelan    robin.phelan@haynesboone.com
- Joseph F Postnikoff    jpostnikoff@gpalaw.com
- Michelle E Shriro    mshriro@singerlevick.com
- Adam M Starr    starra@gtlaw.com
- David Tabibian    david.tabibian@pillsburylaw.com
- Ronald M Tucker    rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kenneth L Valinoti    maria@valinoti-dito.com
- Madeleine C Wanslee    mwanslee@gustlaw.com, rstein@gustlaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Eric R Wilson    ewilson@kelleydrye.com, kdwbankruptcydepartment@kelleydrye.com
- Rebecca J Winthrop    winthropr@ballardspahr.com

<u>Secured Lender</u>
City National Bank
c/o William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa St.
Suite 2800
Los Angeles, CA 90017-5443

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA