Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
smcfarland@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Z Gallerie,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**Z GALLERIE**,[1]<br><br>Debtor. | Case No.: 2-bk-09-18400-VZ<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF: (1) APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT; (2) PLAN CONFIRMATION HEARING; (3) DATES AND DEADLINES RELATING TO PLAN CONFIRMATION HEARING; AND (4) MANNER OF SERVICE**<br><br>**Confirmation Hearing:**<br><br>Date: October 1, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 1368<br>       255 East Temple Street<br>       Los Angeles, CA 90012<br>Judge: Honorable Vincent Zurzolo |

**TO ALL CREDITORS OF Z GALLERIE, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, THE UNITED STATES TRUSTEE, THE U.S. SECURITIES AND EXCHANGE COMMISSION AND THE INTERNAL REVENUE SERVICE**:

---

[1] The Debtor is a California corporation, Fed. Tax I.D. No. 95-3733816. The Debtor's address is 1855 West 139th Street, Gardena, California 90249.

**PLEASE TAKE NOTICE** that the Court has approved the Disclosure Statement contained in the *Second Amended Disclosure Statement and Chapter 11 Plan of Reorganization for Z Gallerie (Dated August 13, 2009)* submitted by Z Gallerie (the "Debtor"), the above-captioned debtor in possession and filed in the Debtor's case pending under chapter 11 of the United States Bankruptcy Code. The Court has set a hearing to consider confirmation of the Plan of Reorganization for Z Gallerie (the "Plan") that will commence on October 1, 2009, at 1:30 p.m., in Courtroom 1368, 255 East Temple Street, Los Angeles, California 90012. The Court has fixed September 18, 2009, as the last day for any interested party to file and serve any opposition to confirmation of the Plan. Any Plan objections must be set forth in a written statement and be accompanied by a memorandum of points and authorities and any supporting evidence and must be timely filed and served or be deemed waived. Any objections to confirmation of the Plan must be served on the following:

>Office of the U.S. Trustee
>Dare Law, Esq.
>725 So. Figueroa St. 26th Floor
>Los Angeles, California 90012
>
>Jeffrey W. Dulberg, Esq.
>Scotta E. McFarland, Esq.
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Blvd., 11th Floor
>Los Angeles, California 90067-4100
>
>William B. Freeman, Esq.
>Pillsbury Winthrop Shaw Pittman LLP
>725 South Figueroa Street, Suite 2800
>Los Angeles, California 90017-5406
>
>Eric Wilson, Esq.
>Kelley Drye & Warren LLP
>101 Park Avenue
>New York, New York 10178
>
>and
>
>Ian Landsberg, Esq.
>Landsberg Margulies LLP
>16030 Ventura Blvd., Suite 470
>Encino, California 91436

Failure to timely file and serve an opposition may be deemed by the Court to be consent to confirmation of the Plan.

The Court fixed September 23, 2009 as the last day for the Debtor to file and serve its brief in support of the confirmation of the Plan.

In order to be counted, all Ballots with respect to the Plan must be received by Brian Osborne, Omni Management Group, 16501 Ventura Blvd., Suite # 440, Encino, CA 91436-2068, no later than the close of business on September 18, 2009. Ballots may be sent to Omni Management Group by mail, overnight or hand delivery. Ballots will not be accepted by email or facsimile.

Along with this Notice, you are being sent a Ballot (if you are entitled to vote on the Plan) and a copy of the Disclosure Statement and the Plan. If you desire to receive another copy of the documents, you may obtain additional copies by contacting Beth Dassa, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 9067, phone (310) 277-6910, fax (310) 201-0760, Email: bdassa@pszjlaw.com. The Plan and the Disclosure Statement are also posted at www.omnimgt.com/zgallerie.

Dated: August 24, 2009

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Scotta E. McFarland*
Jeffrey W. Dulberg
Scotta E. McFarland
Teddy M. Kapur
Attorneys for Z Gallerie, Debtor and
Debtor in Possession