# EXHIBIT A

| In re | Z Gallerie |
|-------|------------|
|       |            |
|       | Debtor     |

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | 862,815.00 |
| Expenses Requested | 118,261.53 |

CHAPTER 11
Case No.
Role in case

FEE APPLICATION    April 10, 2009 through October 20, 2009

## ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| J.N. Pomerantz | 1989 | 675 | 0.30 | 202.50 |
| S.R. Maziel | 1992 | 625 | 0.20 | 125.00 |
| H.D. Hochman | 1987 | 575 | 8.00 | 4,600.00 |
| J.W. Dulberg | 1995 | 550 | 488.90 | 268,895.00 |
| J.W. Dulberg | 1995 | 525 | 307.00 | 161,175.00 |
| M.L. Lane | 1976 | 550 | 45.30 | 24,915.00 |
| S.E. McFarland | 1980 | 550 | 178.10 | 97,955.00 |
| S.E. McFarland | 1980 | 525 | 125.90 | 66,097.50 |
| J.S. Pomerantz | 1991 | 525 | 14.90 | 7,822.50 |
| N.L. Hong | 1996 | 495 | 1.10 | 544.50 |
| J.J. Kim | 1995 | 550 | 22.70 | 12,485.00 |
| J.J. Kim | 1995 | 495 | 0.70 | 346.50 |
| M.R. Seidl | 1996 | 495 | 0.10 | 49.50 |
| T.M. Kapur | 2006 | 425 | 150.30 | 63,877.50 |
| T.M. Kapur | 2006 | 395 | 197.10 | 77,854.50 |

TOTAL    1,540.60    786,945.00

## PARAPROFESSIONALS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| F.S. Harrison* | N/A | 225 | 257.70 | 57,982.50 |
| B.D. Dassa* | N/A | 225 | 79.50 | 17,887.50 |

TOTAL    337.20    75,870.00



| | |
|---|---|
| TOTAL HOURS | 1,877.80 |
| TOTAL FEES REQUESTED | 862,815.00 |
| BLENDED HOURLY RATE INCLUDING PARAPROFESSIONALS | 459.48 |
| BLENDED HOURLY RATE EXCLUDING PARAPROFESSIONALS | 510.80 |

98002-002\DOCS_LA:211113v1

MONTHLY SUMMARY OF SERVICE OF
PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO Z Gallerie

| 2009 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis/Recovery | | | | 367.50 | 105.00 | | | | | | | | 472.50 |
| Asset Disposition | | | | 732.00 | 2,835.00 | 1,995.00 | | | | | | | 5,562.00 |
| Bankruptcy Litigation | | | | 31,921.00 | 21,553.00 | 2,760.50 | 7,950.00 | 1,752.50 | 1,780.00 | | | | 67,717.00 |
| Case Administration | | | | 7,897.50 | 1,909.00 | 3,455.50 | 10,487.50 | 1,470.00 | 1,205.00 | 930.00 | | | 27,354.50 |
| Claims Admin and Objections | | 45.00 | | 7,850.00 | 6,553.50 | 6,226.00 | 3,022.50 | 6,085.00 | 16,832.50 | 21,180.00 | | | 67,794.50 |
| Compensation of Professionals | | | | 520.50 | 855.00 | 1,972.50 | 837.50 | 17,407.50 | 3,990.00 | 627.50 | | | 26,210.50 |
| Comp. of Professionals/Others | | | | 52.50 | 268.50 | | 2,995.00 | | | | | | 3,316.00 |
| Employee Benefit/Pension | | | | 630.00 | 682.50 | 157.50 | | 530.00 | | | | | 2,000.00 |
| Executory Contracts | | | | 13,505.50 | 9,224.00 | 19,881.00 | 16,675.00 | 20,327.50 | 11,055.00 | 4,007.50 | | | 94,675.50 |
| Financial Filings | | | | 8,296.00 | 15,937.50 | 315.00 | 462.50 | 275.00 | 127.50 | 100.00 | | | 25,513.50 |
| Financing | | | | 2,047.50 | 8,715.00 | 2,572.50 | 9,075.00 | 5,032.50 | 9,415.00 | 19,310.00 | | | 56,167.50 |
| General Creditors Comm. | | | | 1,365.00 | 5,355.00 | | | | | | | | 6,720.00 |
| Meeting of Creditors | | | | 4,642.50 | 1,260.00 | 1,575.00 | | | | | | | 7,477.50 |
| Litigation | | | | 2,035.50 | 630.50 | | 322.50 | 817.50 | 550.00 | | | | 4,356.00 |
| Operations | | | | 5,047.50 | 4,888.50 | 5,514.50 | 4,885.00 | 605.00 | 770.00 | | | | 21,710.50 |
| Plan and Disclosure | | | | 11,267.50 | 7,507.50 | 104,291.50 | 68,177.50 | 86,290.00 | 115,837.50 | 32,267.50 | | | 425,639.00 |
| Retention of Professionals | | | | 3,929.50 | 67.50 | 952.50 | | 1,072.50 | | | | | 6,022.00 |
| Retention of Professionals/Other | | | | 1,950.00 | 4,427.50 | 474.00 | 6,092.50 | | | | | | 12,944.00 |
| Stay Litigation | | | | 262.50 | 495.00 | 135.00 | | | 270.00 | | | | 1,162.50 |
| Totals | 0.00 | 45.00 | 0.00 | 104,320.00 | 93,269.50 | 152,278.00 | 130,982.50 | 141,665.00 | 161,062.50 | 79,192.50 | 0.00 | 0.00 | 862,815.00 |

4

## MONTHLY SUMMARY OF EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP
### IN RESPECT TO Z Gallerie

| 2009 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Service | | | | 939.52 | | 255.39 | 673.38 | 974.25 | 262.00 | 207.50 | | | 3,312.04 |
| Business / Working Meals | | | | 333.56 | 557.09 | 173.16 | 215.73 | | | | | | 1,279.54 |
| Conference Call | | 44.58 | 10.08 | 66.87 | 34.22 | | 19.31 | 30.37 | 44.68 | | | | 250.11 |
| Court Parking | | | | 31.50 | | 12.00 | | | | 8.00 | | | 51.50 |
| Fax Transmittal | | | | | 9.00 | | | | | | | | 9.00 |
| Filing Fee | | | | 1,039.00 | | | | | | | | | 1,039.00 |
| Incoming Faxes | | | | 5.80 | 0.40 | 0.40 | | | 0.60 | | | | 7.20 |
| Outside Service | | | | 13,642.46 | 0.00 | | 5,651.76 | 31,353.95 | 2,168.03 | 608.69 | | | 53,424.89 |
| Overtime | | | | | | | 71.21 | 87.83 | 98.55 | 40.00 | | | 297.59 |
| Postage / Fed Ex | | | | 2,032.60 | 230.30 | 351.05 | 361.64 | 404.77 | 341.98 | 135.03 | | | 3,857.37 |
| Reproduction | | | | 8,955.80 | 2,675.90 | 488.50 | 3,278.18 | 26,765.30 | 2,818.30 | 1,029.80 | | | 46,011.78 |
| Research | | | | 364.13 | 145.36 | 464.64 | 53.15 | 115.20 | 6,604.91 | 974.12 | | | 8,721.51 |
| Totals | 0.00 | 44.58 | 10.08 | 27,411.24 | 3,652.27 | 1,745.14 | 10,324.36 | 59,731.67 | 12,339.05 | 3,003.14 | 0.00 | 0.00 | 118,261.53 |

98002-002\DOCS_LA:211113v1

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

I. SERVICES

| Attorney / Paralegal* / Clerk** | Rate | Hours | Total |
|---|---|---|---|
| ASSET ANALYSIS/RECOVERY | | | |
| J.W. Dulberg | 525 | 0.90 | 472.50 |
| SUB TOTAL | | 0.90 | 472.50 |
| | | | |
| ASSET DISPOSITION | | | |
| J.W. Dulberg | 525 | 10.50 | 5,512.50 |
| M.R. Seidl | 495 | 0.10 | 49.50 |
| SUB TOTAL | | 10.60 | 5,562.00 |
| | | | |
| BANKRUPTCY LITIGATION | | | |
| J.W. Dulberg | 550 | 17.10 | 9,405.00 |
| J.W. Dulberg | 525 | 37.40 | 19,635.00 |
| S.E. McFarland | 550 | 0.30 | 165.00 |
| S.E. McFarland | 525 | 10.40 | 5,460.00 |
| J.J. Kim | 495 | 0.50 | 247.50 |
| T.M. Kapur | 425 | 4.50 | 1,912.50 |
| T.M. Kapur | 395 | 76.10 | 30,059.50 |
| F.S. Harrison* | 225 | 3.70 | 832.50 |
| SUB TOTAL | | 150.00 | 67,717.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 9.00 | 4,950.00 |
| J.W. Dulberg | 525 | 7.80 | 4,095.00 |
| S.E. McFarland | 550 | 0.90 | 495.00 |
| S.E. McFarland | 525 | 6.10 | 3,202.50 |
| T.M. Kapur | 425 | 15.90 | 6,757.50 |
| T.M. Kapur | 395 | 6.10 | 2,409.50 |
| F.S. Harrison* | 225 | 22.30 | 5,017.50 |
| B.D. Dassa* | 225 | 1.90 | 427.50 |
| SUB TOTAL | | 70.00 | 27,354.50 |

CLAIMS ADMIN/OBJECTIONS

| | | | |
|---|---|---|---|
| S.R. Maizel | 625 | 0.20 | 125.00 |
| J.W. Dulberg | 550 | 14.50 | 7,975.00 |
| J.W. Dulberg | 525 | 10.40 | 5,460.00 |
| M.D. Lane | 550 | 24.30 | 13,365.00 |
| S.E. McFarland | 550 | 14.70 | 8,085.00 |
| S.E. McFarland | 525 | 18.10 | 9,502.50 |
| J.S. Pomerantz | 525 | 14.90 | 7,822.50 |
| T.M. Kapur | 425 | 6.50 | 2,762.50 |
| T.M. Kapur | 395 | 1.10 | 434.50 |
| F.S. Harrison* | 225 | 54.00 | 12,150.00 |
| B.D. Dassa* | 225 | 0.50 | 112.50 |
| SUB TOTAL | | 159.20 | 67,794.50 |

COMPENSATION PROF.

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 23.70 | 13,035.00 |
| J.W. Dulberg | 525 | 1.80 | 945.00 |
| S.E. McFarland | 550 | 0.60 | 330.00 |
| T.M. Kapur | 425 | 3.50 | 1,487.50 |
| T.M. Kapur | 395 | 0.90 | 355.50 |
| F.S. Harrison* | 225 | 44.10 | 9,922.50 |
| B.D. Dassa* | 225 | 0.60 | 135.00 |
| SUB TOTAL | | 75.20 | 26,210.50 |

98002-002\DOCS_LA:211113v1

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

COMP. OF PROF./OTHERS

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 0.30 | 165.00 |
| J.W. Dulberg | 525 | 0.10 | 52.50 |
| S.E. McFarland | 525 | 0.20 | 105.00 |
| T.M. Kapur | 425 | 6.50 | 2,762.50 |
| T.M. Kapur | 395 | 0.30 | 118.50 |
| F.S. Harrison* | 225 | 0.20 | 45.00 |
| B.D. Dassa* | 225 | 0.30 | 67.50 |
| SUB TOTAL | | 7.90 | 3,316.00 |

EMPLOYEE BENEFIT/PENSION

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 0.50 | 275.00 |
| S.E. McFarland | 525 | 2.80 | 1,470.00 |
| T.M. Kapur | 425 | 0.60 | 255.00 |
| SUB TOTAL | | 3.90 | 2,000.00 |

EXECUTORY CONTRACTS

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 65.10 | 35,805.00 |
| J.W. Dulberg | 525 | 34.00 | 17,850.00 |
| S.E. McFarland | 550 | 4.60 | 2,530.00 |
| S.E. McFarland | 525 | 12.10 | 6,352.50 |
| T.M. Kapur | 425 | 29.50 | 12,537.50 |
| T.M. Kapur | 395 | 42.90 | 16,945.50 |
| F.S. Harrison* | 225 | 6.70 | 1,507.50 |
| B.D. Dassa* | 225 | 5.10 | 1,147.50 |
| SUB TOTAL | | 200.00 | 94,675.50 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

FINANCIAL FILINGS

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 0.80 | 440.00 |
| J.W. Dulberg | 525 | 17.20 | 9,030.00 |
| S.E. McFarland | 550 | 0.60 | 330.00 |
| S.E. McFarland | 525 | 5.00 | 2,625.00 |
| T.M. Kapur | 425 | 0.30 | 127.50 |
| T.M. Kapur | 395 | 0.80 | 316.00 |
| F.S. Harrison* | 225 | 18.10 | 4,072.50 |
| B.D. Dassa* | 225 | 38.10 | 8,572.50 |
| SUB TOTAL | | 80.90 | 25,513.50 |

FINANCING

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 59.40 | 32,670.00 |
| J.W. Dulberg | 525 | 22.90 | 12,022.50 |
| S.E. McFarland | 550 | 4.90 | 2,695.00 |
| S.E. McFarland | 525 | 2.50 | 1,312.50 |
| T.M. Kapur | 425 | 13.60 | 5,780.00 |
| F.S. Harrison* | 225 | 7.00 | 1,575.00 |
| B.D. Dassa* | 225 | 0.50 | 112.50 |
| SUB TOTAL | | 110.80 | 56,167.50 |

GENERAL CREDITORS COMM.

| | | | |
|---|---|---|---|
| J.W. Dulberg | 525 | 12.30 | 6,457.50 |
| S.E. McFarland | 525 | 0.50 | 262.50 |
| SUB TOTAL | | 12.80 | 6,720.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

<u>LITIGATION</u>

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 2.20 | 1,210.00 |
| J.W. Dulberg | 525 | 1.40 | 735.00 |
| S.E. McFarland | 550 | 0.20 | 110.00 |
| T.M. Kapur | 425 | 0.50 | 212.50 |
| T.M. Kapur | 395 | 1.30 | 513.50 |
| F.S. Harrison* | 225 | 6.20 | 1,395.00 |
| B.D. Dassa* | 225 | 0.80 | 180.00 |
| SUB TOTAL | | 12.60 | 4,356.00 |

<u>MEETING OF CREDITORS</u>

| | | | |
|---|---|---|---|
| J.W. Dulberg | 525 | 12.00 | 6,300.00 |
| S.E. McFarland | 525 | 0.10 | 52.50 |
| F.S. Harrison* | 225 | 5.00 | 1,125.00 |
| SUB TOTAL | | 17.10 | 7,477.50 |

<u>OPERATIONS</u>

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 9.40 | 5,170.00 |
| J.W. Dulberg | 525 | 20.20 | 10,605.00 |
| S.E. McFarland | 550 | 0.20 | 110.00 |
| S.E. McFarland | 525 | 1.50 | 787.50 |
| T.M. Kapur | 425 | 1.60 | 680.00 |
| T.M. Kapur | 395 | 7.90 | 3,120.50 |
| F.S. Harrison* | 225 | 5.40 | 1,215.00 |
| B.D. Dassa* | 225 | 0.10 | 22.50 |
| SUB TOTAL | | 46.30 | 21,710.50 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

PLAN & DISCLOSURE STMT.

| | | | |
|---|---|---|---|
| J.N. Pomerantz | 675 | 0.30 | 202.50 |
| H.D. Hochman | 575 | 8.00 | 4,600.00 |
| J.W. Dulberg | 550 | 276.50 | 152,075.00 |
| J.W. Dulberg | 525 | 107.90 | 56,647.50 |
| S.E. McFarland | 550 | 150.60 | 82,830.00 |
| S.E. McFarland | 525 | 65.80 | 34,545.00 |
| N.L. Hong | 495 | 1.10 | 544.50 |
| M.D. Lane | 550 | 21.00 | 11,550.00 |
| J.J. Kim | 550 | 22.70 | 12,485.00 |
| J.J. Kim | 495 | 0.20 | 99.00 |
| T.M. Kapur | 425 | 67.30 | 28,602.50 |
| T.M. Kapur | 395 | 50.90 | 20,105.50 |
| F.S. Harrison* | 225 | 67.40 | 15,165.00 |
| B.D. Dassa* | 225 | 27.50 | 6,187.50 |
| SUB TOTAL | | 867.20 | 425,639.00 |

RETENTION OF PROF.

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 1.30 | 715.00 |
| J.W. Dulberg | 525 | 4.40 | 2,310.00 |
| S.E. McFarland | 550 | 0.20 | 110.00 |
| T.M. Kapur | 395 | 5.60 | 2,212.00 |
| F.S. Harrison* | 225 | 2.90 | 652.50 |
| B.D. Dassa* | 225 | 0.10 | 22.50 |
| SUB TOTAL | | 14.50 | 6,022.00 |

RET. OF PROF./OTHER

| | | | |
|---|---|---|---|
| J.W. Dulberg | 550 | 9.10 | 5,005.00 |
| J.W. Dulberg | 525 | 5.30 | 2,782.50 |
| S.E. McFarland | 550 | 0.30 | 165.00 |
| S.E. McFarland | 525 | 0.80 | 420.00 |
| T.M. Kapur | 395 | 3.20 | 1,264.00 |
| F.S. Harrison* | 225 | 10.70 | 2,407.50 |
| B.D. Dassa* | 225 | 4.00 | 900.00 |
| SUB TOTAL | | 33.40 | 12,944.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

STAY LITIGATION

| | | | |
|---|---|---|---|
| J.W. Dulberg | 525 | 0.20 | 105.00 |
| S.E. McFarland | 525 | 0.30 | 157.50 |
| F.S. Harrison* | 225 | 4.00 | 900.00 |
| SUB TOTAL | | 4.50 | 1,162.50 |

| | | |
|---|---|---|
| TOTAL HOURS | 1,877.80 | |
| TOTAL SERVICES | | 862,815.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO Z Gallerie**

## II. EXPENSES

| | |
|---|---:|
| Attorney Service | 3,312.04 |
| Business/Working meals | 1,279.54 |
| Conference Call | 250.11 |
| Court Parking | 51.50 |
| Fax Transmittal | 9.00 |
| Filing Fee | 1,039.00 |
| Incoming Faxes | 7.20 |
| Overtime | 297.59 |
| Outside Service | 53,424.89 |
| Postage / Fed Ex | 3,857.37 |
| Reproduction | 46,011.78 |
| Research | 8,721.51 |
| | |
| TOTAL EXPENSES | 118,261.53 |
| LESS DISCOUNT FAX TRANSMITTAL | (9.00) |
| | |
| TOTAL SERVICES AND EXPENSES | 981,076.53 |
| Less payments recevied | (523,172.54) |
| TOTAL AMOUNT NOW DUE | 457,894.99 |